# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1788

_____

United States of America,                *
                                         *
            Plaintiff – Appellee,        *
                                         *        Appeal from the United States
      v.                                 *        District Court for the
                                         *        Eastern District of Arkansas.
Carlos Urquhart,                         *
                                         *              [UNPUBLISHED]
            Defendant – Appellant.       *


_____

Submitted:   April 21, 2008
    Filed:   May 7, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Carlos Urquhart appeals from the district court's[1] denial of his motion for a
reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment
706 to the United States Sentencing Guidelines Manual (U.S.S.G.), which reduced
certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of
cocaine base (crack) involved.

_____

      [1]The Honorable William R. Wilson, Jr., United States District Judge for the
Eastern District of Arkansas.

Appellant is ineligible for any relief under the new retroactive amendments because his original sentence of 120 months was imposed pursuant to the mandatory minimum provision of 21 U.S.C. § 841. See United States v. Jones, No. 08-1692 (8th Cir. Apr. 25, 2008) (per curiam). Accordingly, we summarily affirm the district court and deny the motion for appointment of counsel.

_____